ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov

Attorneys for United States of America

FILED
SEP 21 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE BOSNIA AND HERZEGOVINA MINISTRY OF JUSTICE ON BEHALF OF THE BASCI COURT IN BIJELJINA IN THE MATTER OF *DEJAN BLAGOJEVIĆ V. DRAGAN DURDEVIĆ*

MISC. NO. CV 18 80 169 MISC TSH

APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782

Pursuant to 28 U.S.C. § 1782 and the request from the Basic Court in Bijeljina for information from Facebook, Inc., the United States of America petitions this Court for an order appointing Assistant United States Attorney Jennifer S Wang as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the request made by the Bosina and Herzegovina Ministry of Justice on behalf of the Basic Court in Bijeljina. Facebook does not object to entry of the accompanying proposed order.

DATED: September 21, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

By: /s/
JENNIFER S WANG
Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT
TO TITLE 28 U.S.C. § 1782